# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**RODNEY RUCKER**                                                                                **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO.:  3:22-cv-113-MPM-JMV**

**CITY OF SENATOBIA, MISSISSIPPI, ET AL.**                       **DEFENDANTS**

## ORDER GRANTING SUBSTITUTION OF PARTY

This matter is before the court on Plaintiff Rodney Rucker's unopposed Motion to Substitute Party [18].  Plaintiff seeks to substitute Terreous "TJ" Johnson for John Johnson as Defendant.  Having considered the motion and the fact that it is unopposed, the court finds that it is well-taken and should be granted.  The clerk is hereby notified of the substitution and is directed to update the docket to reflect the same.

**SO ORDERED**, this the 26th day of October, 2022.

                                         /s/ Jane M. Virden
                                         **UNITED STATES MAGISTRATE JUDGE**