# Rodney Rucker v. City of Senatobia, Mississippi, et al.

## William Carter

## January 25, 2023

All depositions & exhibits are available for downloading at
<<www.brookscourtreporting.com>>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



**Mississippi - Louisiana - Tennessee - New York**
**1-800-245-3376**

Exhibit "E"

Q. Tell me everything that you observed Mr. Rucker did as far as his behavior that led you to believe that he was under the influence of something?

A. Well I mean on top of from what Officer Marshall said, I myself observed white powder on his nose. Okay. The way he was acting, the way he was moving around, the fast talk, is, you know, is -- that's part of being under the influence. Paranoia, that somebody's out to get him, he wouldn't come out of the car, it's -- that's all signs of somebody being under the influence of an unknown substance.

Q. Anything else that you personally witnessed at the scene?

A. No, sir.

Q. Did you believe at the scene that you had enough based on those observations you just told me about to charge him with DUI?

A. I mean it was I had an assumption, but I'm not for sure. But it -- assumption. But once we got to the station, it verified it.

Q. When was it that you first saw this white powder in Mr. Rucker's nose?

A. In or on?

Q. On.

A. When I was on scene. I seen him sitting in

William Carter 1/25/2023

against the law not to give your information unless there's an investigation going on. And after you -- after you are made aware that there is investigation going on, then you're going into criminal activity by refusing to give the information.

Q. And that's your understanding of what happened in this situation?

A. Yes, sir. Officer Marshall told him he was being under investigation, and he said for what. And, at that time, Officer Marshall told him why he was being under investigation.

Q. And what is your -- what is your -- what is your memory or your understanding of the reason why Officer Marshall told him he was under investigation?

A. Because it was -- he was sitting at the Dreamland Hotel, which have been numerous of drug cases come from that hotel. He's sitting there 3:00 o'clock in the morning, freezing cold in a cold car with white powder on his nose.

Q. Is it your understanding, either based on your on scene presence or your review of the video, that Officer Marshall told Mr. Rucker that he was under investigation because of white powder under his nose?

A. At one time, Officer Marshall did tell him that.

Q.   Yeah, it was after he had already told him to get out of the car; correct?

A.   I can't recall if it was after he told him to get out of the car or before.

Q.   That's an important thing to know, isn't it?

A.   I can't recall.

Q.   As a supervising officer, it's an important thing to know whether your subordinate officer is demanding that citizens exit their vehicle because they're under investigation, you don't tell them why they're under investigation, it's important to know that, isn't it?

A.   I mean I told him to get out.

Q.   Did you tell him also why he was under investigation?

A.   No.  Officer Marshall already had told him. And I told him to get out.  Officer Marshall was telling him to get out, and I was trying to intervene, trying to talk to the man to tell him come on out.  I even told him, he said, "He ain't trying to talk to me."  I said "I'm trying to talk to you."  "He ain't trying to talk to me.  Y'all violating me."  "No, step on out, we're going to talk about it."

Q.   Was Mr. Rucker free to go after the command to exit his vehicle?

CERTIFICATE OF COURT REPORTER

I, Mellie M. Pierce, Licensed Court Reporter for the State of Mississippi do hereby certify that the foregoing contains a true and correct transcript of the testimony of WILLIAM CARTER as taken by me in the aforementioned matter at the time and place heretofore stated, as taken by stenotype and later reduced to typewritten form under my supervision by means of computer-aided transcription.

I further certify that under the authority vested in me by the State of Mississippi that the witness was placed under oath by me to truthfully answer all questions in the matter.

I further certify that, to the best of my knowledge, I am not in the employ of or related to any party in this matter and have no interest, monetary or otherwise, in the final outcome of this matter.

This is the 6th day of February, 2023

_____

MELLIE M. PIERCE #1933

My Commission Expires:

October 27, 2023