

# Arkansas Commission on Law Enforcement
# Standards and Training

THIS

# Basic Certificate

IS AWARDED TO

## JAMES HENRY MARSHALL
CLEST-ID 7238-0825

*who has qualified pursuant to Act 452 of 1975 as a*

# Certified Law Enforcement Officer

Originally Issued: 03/21/2014   Renewed: 06/19/2018

Director                     Chairman                     Deputy Director - Standards

Exhibit "N"

DEF-00030

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 2 of 69 PageID #: 367



DEF-00031

# STATE OF
# MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**JAMES H. MARSHALL**

███████████████

**THIS 19TH DAY OF NOVEMBER, 2021**

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training

Certificate No. **28266**

OPS 101509



Arkansas Commission on Law Enforcement
Standards and Training

THIS

Basic Certificate

IS AWARDED TO

**JAMES MARSHALL**

*who has qualified pursuant to Act 452 of 1975 as a*

Certified Law Enforcement Officer

*given under our hands and seal this*    **21ST**    *day of*    **MARCH**    **2014**

Director             Chairman             Deputy Director—Standards

DEF-00032

DEF-00033

# ARKANSAS LAW ENFORCEMENT TRAINING ACADEMY

THIS IS TO CERTIFY THAT

## JAMES MARSHALL II

HAS SUCCESSFULLY COMPLETED A

## BASIC CLASS 2013-B (472 HOURS)
## BASIC POLICE TRAINING COURSE

CONDUCTED BY

# THE ARKANSAS LAW ENFORCEMENT TRAINING ACADEMY

FROM      MARCH 31      TO      JUNE 21      2013

Director

Commission Chairman

# Arkansas Commission on Law Enforcement
# Standards and Training

THIS

## Basic Certificate

IS AWARDED TO

## JAMES HENRY MARSHALL

CLEST-ID 7238-0825

*who has qualified pursuant to Act 452 of 1975 as a*

## Certified Law Enforcement Officer

Originally Issued: 03/21/2014   Renewed: 06/19/2018

**Director**

**Chairman**

**Deputy Director - Standards**

DEF-00034



# TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

### James Marshall

*This certifies that the above named individual ("the Student") has completed the training required and has passed a written examination in the use of the TASER ___x26p_____ Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of TASER International, Inc. This certification must be renewed annually.*

*Instructor:_____Keith Smith_____ Date __05-24-2019__*

DEF-00035

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 7 of 69 PageID #: 372



ARKANSAS LAW ENFORCEMENT TRAINING ACADEMY

THIS IS TO CERTIFY THAT

JAMES MARSHALL II

HAS SUCCESSFULLY COMPLETED A

RADAR/LIDAR OPERATORS COURSE

CLASS 13E-14 (16 HOURS)

APRIL 15-18, 2013

CONDUCTED BY THE ARKANSAS LAW ENFORCEMENT TRAINING ACADEMY

CERTIFIED BY THE COMMISSION ON LAW ENFORCEMENT STANDARDS AND TRAINING

DIRECTOR; CLEST

COMMISSION CHAIRMAN



WEST MEMPHIS POLICE DEPARTMENT
TRAINING DIVISION

This certificate is awarded to

JAMES MARSHALL

For completion of Training

ACTIVE SHOOTER / 10 HOURS

JULY 15, 2013

Sergeant Jimmy Evans

7/22/13
Date

Chief Donald Oakes

7/22/13
Date

DEF-00037



UNIVERSITY OF ARKANSAS SYSTEM

CRIMINAL JUSTICE INSTITUTE

This is to certify that

# James H. Marshall

has successfully completed the 2 hour course

## Crime Scene First Responder for the Uniformed Officer Online

### January 28 - 31, 2014

_____
Director
Criminal Justice Institute

_____
Education and Training Center Coordinator
Criminal Justice Institute

DEF-00038



## UNIVERSITY OF ARKANSAS SYSTEM
### CRIMINAL JUSTICE INSTITUTE

This is to certify that

# James H. Marshall

has successfully completed the 3 hour course

## Racial Profiling Online

### January 27 - 31, 2014



_____
Director
Criminal Justice Institute

_____
Education and Training Center Coordinator
Criminal Justice Institute

DEF-00039



# STATE OF ARKANSAS

## Commission on
## Law Enforcement Standards and Training



| GOVERNOR | LAW ENFORCEMENT TRAINING ACADEMY | OFFICE OF LAW ENFORCEMENT STANDARDS | DIRECTOR |
|---|---|---|---|
| MIKE BEEBE | P.O. Box 3106<br>East Camden, Arkansas 71711<br>(870) 574-1810 FAX: (870) 574-2706 | #4 State Police Plaza Drive<br>Little Rock, AR 72209<br>(501) 682-2260 FAX: (501) 682-1582 | KEN JONES |

May 7, 2013

Subject:      Oleoresin Capsicum Spray Training

To Whom It May Concern:

PATROLMAN JAMES MARSHALL, while attending Basic Class 13-B, successfully completed 4 hours of Oleoresin Capsicum training. The training is composed of 3 hours lecture and 1 hour participating in practical exercise that includes full facial exposure to OC spray and decontamination procedures.

Topics covered in the lecture portion of the training include:

1.      Definition, history, and origin of Oleoresin Capsicum.

2.      Appropriate use of Oleoresin Capsicum according to the Federal Law Enforcement Training Center Use of Force Model.

3.      Identification of the different types of carriers and dispersal patterns used in Oleoresin Capsicum devices.

4.      Identification and demonstration of the proper application of Oleoresin Capsicum.

5.      Physiological effects of Oleoresin Capsicum.

6.      Appropriate safety procedures while restraining and transporting suspects exposed to Oleoresin Capsicum.

7.      Identification of when medical attention is required for subjects exposed to Oleoresin Capsicum.

8.      Safety and maintenance factors involved with Oleoresin Capsicum devices, including shelf life and storage.

9.      Preparation of newly issued Oleoresin Capsicum devices.

10.     Proper carrying and drawing techniques.

11.     First aid and decontamination procedures for subjects exposed to Oleoresin Capsicum.

DEF-00040

# WEST MEMPHIS POLICE DEPARTMENT
# TRAINING DIVISION

This certificate is awarded to

## JAMES MARSHALL

For completion of Training

(ACTIVE SHOOTER, CQC, INDIVIDUAL SEARCHES) 20 HOURS

OCTOBER 5-6, 2014

*Jimmy Evans*

10/6/14
Date

*Chief Donald Oakes*

10/6/14
Date

DEF-00041

# WEST MEMPHIS POLICE DEPARTMENT
## TRAINING DIVISION



This certificate is awarded to

## JAMES MARSHALL

For completion of Training

(ACTIVE SHOOTER, CQC, INDIVIDUAL SEARCHES) 20 HOURS

OCTOBER 5-6, 2014

*Jimmy Evans*

10/6/14
Date

*Chief Donald Oakes*

10/6/14
Date

DEF-00042

# WEST MEMPHIS POLICE DEPARTMENT
# TRAINING DIVISION



This certificate is awarded to

## JAMES MARSHALL

For completion of Training

4TH AMENDMENT SEARCH AND SEIZURE/ 2 HOURS

FEBRUARY 7, 2014

Captain Joe Baker

2/7/14
Date

Chief Donald Oakes

2/7/14
Date

DEF-00043



# ARKANSAS DEPARTMENT OF HEALTH

## This diploma is awarded to

### *James H. Marshall*

## For successfully completing 8 hours training in

### *Chemical Tests for Breath Alcohol Testing*

**August 28, 2013**
Date Completed

_____     *Laura Bailey*     _____
Training Instructor     Director, Office of Alcohol Testing     Training Instructor

AT-12

DEF-00044

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 16 of 69 PageID #: 381



ARKANSAS LAW ENFORCEMENT TRAINING ACADEMY

THIS IS TO CERTIFY THAT

**JAMES MARSHALL II**

HAS SUCCESSFULLY COMPLETED A

**AR BOATING AND ACCIDENT REPORTING**

**CLASS 13E-15 (3 HOURS )**

**APRIL 22, 2013**

CONDUCTED BY THE ARKANSAS LAW ENFORCEMENT TRAINING ACADEMY

CERTIFIED BY THE COMMISSION ON LAW ENFORCEMENT STANDARDS AND TRAINING

DIRECTOR; CLEST

COMMISSION CHAIRMAN



## ADVANCED DRIVING TRAFFIC SAFETY SEMINAR

*This is to certify that*

### JAMES MARSHALL II

*has successfully completed the*
### SMITH SYSTEM DEFENSIVE DRIVING COURSE
### CLASSROOM FORMAT
*as prescribed by*

## ARKANSAS LAW ENFORCEMENT TRAINING ACADEMY

ORGANIZATION

DATE __ April 26, 2013 __

**SMITH SYSTEM.**
Driver Improvement Institute, Inc.
Arlington, Texas USA 76006
1-800-777-7648

INSTRUCTOR __ Schawntell M. Arberry __

© Smith System Driver Improvement Institute, Inc., Arlington, Texas USA

SSF-537C 01/08
DEF-00046

# ARKANSAS CRIME INFORMATION CENTER

*Presents this Certificate*

*to*

## JAMES MARSHALL

*For Completing Four Hours Of Specialized Level I Training In*

## TERMINAL OPERATIONS

*Awarded This 10th Day of May 2013*

_____

Jay Winters, ACIC Director

DEF-00047



**St. Petersburg College**

**Center for Public Safety Innovation**

*This certifies that*

# James Marshall

*has successfully completed*

*MCD 0149P - Criminal Street Gangs Overview*

*Sixteen online training hours*
*Training Completed this 2nd day of July 2015*

**SPC St. Petersburg College**

CENTER FOR PUBLIC SAFETY INNOVATION

President, St. Petersburg College

Executive Director,
Center for Public Safety Innovation

DEF-00048

  

THIS IS TO CERTIFY THAT

# JAMES MARSHALL

HAS SUCCESSFULLY COMPLETED THE

## STREET GANG INTELLIGENCE

## ONLINE TRAINING

JULY 1, 2015

The Honorable Denise E. O'Donnell
Director, Bureau of Justice Assistance

Robert Listenbee, Jr., Administrator
Office of Juvenile Justice and Delinquency Prevention

DEF-00049



WEST MEMPHIS POLICE DEPARTMENT
TRAINING DIVISION

This certificate is awarded to

JAMES MARSHALL

For completion of Training

POLICY REFRESHER

MARCH 1-APRIL 1, 2015

Captain Robert Langston

4/1/15
Date

Chief Donald Oakes

4/1/15
Date

DEF-00050

# WEST MEMPHIS POLICE DEPARTMENT
## TRAINING DIVISION



This certificate is awarded to

JAMES MARSHALL

For completion of Training

MAY 2015 SHIFT TRAINING ( 2 HOURS )

MAY 15-31, 2015

*Lieutenant Jimmy Evans*

5/31/15
Date

*Chief Donald Oakes*

5/31/15
Date

DEF-00051



## UNIVERSITY OF ARKANSAS SYSTEM

### CRIMINAL JUSTICE INSTITUTE

This is to certify that

# James H. Marshall

has successfully completed the 3 hour course

## Racial Profiling Online

## March 4 - 10, 2015



_____
Director
Criminal Justice Institute

_____
Assistant Director for Education and Training
Criminal Justice Institute

DEF-00052



**Blue** to TRAINING

# Certificate of Training

This is to certify that

## James Marshall

Completed 1.5 hours of Live Online Training on April 6, 2022 in

## Good Faith & the 4th Amendment

Anthony Bandiero, President

IADLEST Certified
19177-1906

www.bluetogold.com

Tamper Proof

DEF-00053





# Certificate of Training

This is to certify that

# James Marshall

Has attended 8 hours of Live Online Training on April 04, 2022

# Advanced Search & Seizure



Anthony Bandiero, JD, ALM



www.bluetogold.com



Tamper Proof

DEF-00054





# Certificate of Training

This is to certify that

## James Marshall

Has attended 8 hours of Live Online Training on April 06, 2022

## Advanced Criminal Investigations



Anthony Bandiero, JD, ALM

www.bluetogold.com



Tamper Proof

DEF-00055

# CERTIFICATE
## OF COMPLETION



Completed 8 hours of on-demand training in

## Advanced Traffic Stops

This certificate is awarded to

## james marshall

**ANTHONY BANDIERO, JD, ALM**
**Senior Legal Instructor**

Issued: 2022-04-06

Certificate ID: gyng39gc

DEF-00056

Virginia Center for Policing Innovation

# Certificate *of* Training

*This is to certify that*

## *james marshall*

*has successfully completed the online course*

**Applied Evidence-Based Policing Practices: Homicide and Violent Crime Reduction**

in the COPS Office Training Portal on

November 23, 2020



**Virginia Center for Policing Innovation®**

*Experience. Expand. Excel.*

Lynda S. O'Connell, VCPI Executive Director

DEF-00057

# Certificate of Completion



**VIRTUAL ACADEMY.**

This certificate is proudly presented to

# James Marshall

for the successful completion of

## Racial Profiling and Drug Interdiction (1)



1.0

Completion Date: **October 18 , 2022**

Savant Learning Systems | 317 South Lindell St. | Martin, TN 38237

DEF-00058

DEF-00059

# CERTIFICATE
## OF COMPLETION

Training curriculum developed by
Blue to Gold Law Enforcement Training

This is to certify that

## James Marshall

Completed 1.5 hours of Live Online Training on July 20, 2022 in

## Undercover Operations

Anthony Bandiero



Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 31 of 69 PageID #: 396

DEF-00060

# John E. Reid and Associates

Chicago, Illinois

*Hereby Certifies That*

## James Marshall

*Attended and successfully completed a course on*

# The Reid Technique

of

# Investigative Interviewing

&

# Advanced Interrogation



*August 29 – September 1, 2022*

*24 Continuing Professional Education Credits Awarded*

_____
Course Instructor

DEF-00061



# CERTIFICATE OF COMPLETION

AWARDED TO:



JAMES MARSHALL

OF THE SENATOBIA POLICE DEPT.

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER 7CQ CEW V.22 USER
## CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED: 02-09-2022



# Certificate of Completion

Presented to

## James Henry Marshall

*For successful completion of*

## DeSoto County Sheriff's Department Training Academy

*Refresher Course*
*200 hours*

Presented by the **DeSoto County Sheriff's Department**
on *November 19, 2021*

_____
Lt. Mike Cowan, Coordinator

_____
Bill Rasco, Sheriff

DEF-00062

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 34 of 69 PageID #: 399

DEF-00063

*This is to certify that*

*James Marshall*

*successfully completed 120 hours*

*MTOA SWAT Course*

*Awarded the 30th day of April 2021*

Jonathan Prewitt
Instructor

Chad Brantley
Instructor





Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 36 of 69 PageID #: 401



## Certificate of Completion

VIRTUAL ACADEMY.

DEF-00143

This certificate is proudly presented to

# William Carter

for the successful completion of

**Writing Better Police Reports (1)**




**1.0**

Completion Date: **September 4 , 2021**

Savant Learning Systems | 317 South Lindell St. | Martin, TN 38237

DEF-00144

# Certificate of Completion



**VIRTUAL ACADEMY.**

This certificate is proudly presented to

# William Carter

for the successful completion of

## Racial Profiling for Traffic Stops and Field Contacts (1)



**1.0**

Completion Date.    **August 17 , 2021**

Savant Learr ing Systems | 317 South Lindell St. | Martin, TN 38237

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 38 of 69 PageID #: 403

DEF-00145

# East Mississippi Crisis Intervention Team

This is to certify that

## *William Carter*

has successfully completed the 40-hour

Crisis Intervention Team (CIT) Basic Course

for Law Enforcement Officers

June 7-11, 2021



Wade Johnson, East MS CIT Training Coordinator

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 39 of 69 PageID #: 404

DEF-00146



## AXON Academy

## CERTIFICATE OF
## COMPLETION

AWARDED TO

SGT. WILLIAM CARTER

OF (SENATOBIA POLICE
DEPARTMENT)

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER (X26P) CEW V.21 USER
## CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED (10/08/2019)



INSTRUCTOR SIGNATURE:  **HERB BREWER**     DATE:  **10/08/2019**

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 40 of 69 PageID #: 405

DEF-00147

# MISSISSIPPI OFFICE OF HIGHWAY SAFETY

## Certificate of Training

MISSISSIPPI TRAINING FOR

# William Carter

## Standardized Field Sobriety Testing

Certificate Number: 8004

Conferred on: 8/18/19



Robert Banks, Director
Mississippi Training for Impaired Driving Enforcement

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 41 of 69 PageID #: 406

DEF-00148



# MISSISSIPPI

## Law Enforcement Officers' Training Academy

This is to certify that

### William Lee Carter

has successfully completed

## The Basic Law Enforcement Course

and thereby fulfilled the minimum training requirement set by the
Board on Law Enforcement Officer Standards and Training

Given this __18th__ day of __March__ 20 __04__ , at Pearl, Mississippi

_Pat Ami_
Director of the Academy

_Rory Posey_
Commissioner of Public Safety



# MISSISSIPPI

### LAW ENFORCEMENT OFFICERS' TRAINING ACADEMY

This is to certify that

## William Lee Carter

has successfully completed

## Vehicular Speed Enforcement

conducted by the Mississippi Law Enforcement
Officers' Training Academy
at Pearl, Mississippi

This __18th__ day of __March__, __2004__

_Pat Cirin_
Director, Training Academy

_signature_
Radar Instructor

DEF-00149



# TCTI

## Total Control Training Institute, Inc.

**Certificate of Training**
This is to certify that

## William Lee Carter

Has successfully completed the course requirements for

## TCTI
## O.C. Survival System Basic Course

| | |
|---|---|
| Seminar Location. **MLEOTA** | Seminar Date: **March 18, 2004** |
| Instructor  S Howell | Jeff Curtis - President<br>Total Control Training Inst. |

DEF-00150

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 44 of 69 PageID #: 409

DEF-00151



# Human Factor Research Group Inc.

## *Training Certificate*

This is to certify that

# William Carter

has completed course requirements for

### Threat Pattern Recognition
### Use of Force Instructor

Date: Nov. 27 to Dec. 1, 2017

Location: Memphis, Tennessee

Expires: Dec. 1, 2020

Instructors: *Kevin Ryan*

*Bruce K. Siddle*

Bruce K. Siddle, Director

Human Factor Research Group, Inc.

Course Number:

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 45 of 69 PageID #: 410

DEF-00152

# *Certificate of Completion*

Awarded to

# William L. Carter

For your completion of the overview of DNA technology, Justice for All Act,

DNA Identification Act, State of MS DNA Laws and proper DNA sample collection

## Senate Bill 2430 Katie's Law Arrestee Collection

Administered by the Mississippi Forensic Laboratory

### August 2017



_____          _____
Bioscience Technical Leader                    Director

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 46 of 69 PageID #: 411

DEF-00153

# Desoto County Sheriff's Department

Presented to

## William L. Carter

For successful completion of



## Basic Adult Detention Officer Certification Course

Presented on the 29th of September, 2017

*Bill Rasco*
_____
Bill Rasco, Sheriff

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 47 of 69 PageID #: 412

# CERTIFICATE OF ATTENDANCE

THIS CERTIFICATE CERTIFIES THAT

## WILLIAM CARTER

*completed four hours of training by attending a*

# Domestic Violence
## LAW ENFORCEMENT TRAINING

*on the 18th day of October, 2012*

Approved for **4 Law Enforcement Hours**
by the MS Department of Public Safety, Department of Standards & Training, Jackson, MS

SPONSORED BY:

**The Greenwood Police Department**
406 Main Street, Greenwood, MS 38930 * (662) 453-3311 &

**Our House, Inc.: New Birth To Violence Free Living**
Post Office Box 3956 * Greenville, Mississippi, 38704 * (662) 334-6873

Mr. Dennis Mitchell
Lieutenant
Greenwood Police Department

Mrs. Pelecia Thomas, CA, NACP
Conference Coordinator
Our House, Inc.


ACCREDITED CHARITY
ms.bbb.org









United Way

12-21-'18 12:28 FROM- Leland PD    1-662-686-5758    T-104    P0005/0018    F-363

DEF-00154



DEF-00155



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

### The University of Southern Mississippi at Camp Shelby

This is to certify that

## William Sexton

has successfully completed training in

## Courtroom Testimony

**(8 hours)**

This the 14th day of June, 2013

Colonel Julian Allen, Ph.D.
CEO/Director
Southern Regional Public Safety Institute

Lt. Jeff Knight
Instructor
Southern Regional Public Safety Institute

DEF-00156

T-104   P0009/0018   F-363

1-662-686-5758

12-21-'18 12:30 FROM- Leland PD



# SOUTHRN REGIONAL PUBLIC SAFETY INSTITUTE

### Theniversity of Southern Mississippi at Camp Shelby

This is to certify that

## William Carter

has successfully completed training in

## Report Writing

**(8 hours)**

This the 13th day of June, 2013

Colorelian Allen, Ph.D.
Director
Southern Regil Public Safety Institute

Lt. Jeff Knight
Instructor
Southern Regional Public Safety Institute

T-104  P0010/0018  F-363

1-662-686-5758

12-21-'18 12:30 FROM- Leland PD

DEF-00157



# CERTIICATE OF ATTENDANCE

This is to certify that

## illiam Carter

Has attended the
Ise of Force - 4.0 Hours
Ethicn Law Enforcement - 4.0 Hours

Instructor - Sherod Reed, CS

June 5, 2014
Date

T-104 P0011/0018 F-363

1-662-686-5758

12-21-'18 12:30 FROM- Leland PD

DEF-00158



# CERTIFICATE OF
# TRAINING

## THE GULF COAST HIDTA
## TRAINING PROGRAM
*Hereby Certifies*

*William Carter*

*Successfully complete 16 hours in the training course*

# ROADSIDE INTERVIEW

*Sides/Stiltner*

Instructor
Sides/Stiltner
June 10-11, 2014
Vicksburg, MS

*Lieutenant Eddie Hawkins*

Lieutenant Eddie Hawkins
Training Coordinator
Gulf Coast HIDTA
June 11, 2014

T-104  P0017/0018  F-363

1-662-686-5758

Leland PD

12-21-'18 12:32 FROM-

DEF-00159



# Certificate of Attendance

This certificate is awarded to:

## William Carter

For the successful completion of ___ hours of Domestic Violence training.

December 16, 2012

Sponsored By:

Office Of The Attorney General of The State of Mississippi

Heather Wagner

_Heather Wagner, Special Assistant Attorney General_

**December 21, 2012**

Date

This project was supported by Grant No. 2006-WE-AX-0054 awarded by the Office on Violence Against Women U.S. Department of Justice. Points of view in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice or the Office on Violence Against Women.

DEF-00160

12-21-'18 12:29 FROM- Leland PD    1-662-686-5758    T-104    P0006/0018    F-363

Case: 3:22-cv-00113-MPM-JMV Doc #: 68-11 Filed: 06/07/23 54 of 69 PageID #: 419



DEF-00161

# STATE OF
# MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

## *Professional Certificate*

TO

**TERREOUS B. JOHNSON**

████████████

**THIS 28TH DAY OF NOVEMBER, 2018**

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

_____
Director
Board on Law Enforcement
Standards and Training

_____
Chairman
Board on Law Enforcement
Standards and Training

26408

Certificate No. _____

DPS 101509

| Officer | Rank | Course | Start Date | Is Complete | Hours |
|---------|------|--------|-----------|-------------|-------|
| Johnson, Terreous | Patrol | 1.2 - RECEIPT FOR POLICY & PROCEDURES MANUAL | 12/1/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 1.3 - The Policy & Procedure Manual | 12/2/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 4.1 - Cannons of Police Ethics & 4.2 - Professional Conduct | 12/22/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 6.2 - Interview, Interrogation & Witness Statements | 12/22/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 6.44 - Body Worn Cameras | 12/22/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 7.2 - Use of Force | 12/22/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 7.3 - Use of Force Investigations | 12/22/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 12.5 â€" MISSING AND RUNAWAY CHILDREN | 12/23/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 12.4 - Missing Adults | 12/28/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 5.5 - Uniforms & Equipment | 12/23/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 12.3 - Abused and Neglected Children Investigations | 12/28/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 9.3 - Incident Command | 12/29/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 5.3 - Personal Appearance and Grooming | 12/30/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 5.22 - Step Pay | 12/31/2020 | Yes | 1 |
| Johnson, Terreous | Patrol | 3.2 - Organizational Chart | 1/5/2021 | Yes | 1 |

DEF-00090

| Officer | Rank | Course | Start Date | Is Complete | Hours |
|---|---|---|---|---|---|
| Marshall, James | Supervisor | 1.2 - RECEIPT FOR POLICY & PROCEDURES MANUAL | 12/2/2020 | Yes | 1 |
| Marshall, James | Supervisor | 1.3 - The Policy & Procedure Manual | 12/2/2020 | Yes | 1 |
| Marshall, James | Supervisor | 4.1 - Cannons of Police Ethics & 4.2 - Professional Conduct | 12/22/2020 | Yes | 1 |
| Marshall, James | Supervisor | 6.2 - Interview, Interrogation & Witness Statements | 12/22/2020 | Yes | 1 |
| Marshall, James | Supervisor | 6.44 - Body Worn Cameras | 12/22/2020 | Yes | 1 |
| Marshall, James | Supervisor | 7.2 - Use of Force | 12/22/2020 | Yes | 1 |
| Marshall, James | Supervisor | 7.3 - Use of Force Investigations | 12/22/2020 | Yes | 1 |
| Marshall, James | Supervisor | 12.5 â€" MISSING AND RUNAWAY CHILDREN | 12/23/2020 | Yes | 1 |
| Marshall, James | Supervisor | 12.4 - Missing Adults | 12/28/2020 | Yes | 1 |
| Marshall, James | Supervisor | 5.5 - Uniforms & Equipment | 12/23/2020 | Yes | 1 |
| Marshall, James | Supervisor | 12.3 - Abused and Neglected Children Investigations | 12/28/2020 | Yes | 1 |
| Marshall, James | Supervisor | 9.3 - Incident Command | 12/29/2020 | Yes | 1 |
| Marshall, James | Supervisor | 5.3 - Personal Appearance and Grooming | 12/30/2020 | Yes | 1 |
| Marshall, James | Supervisor | 5.22 - Step Pay | 12/31/2020 | Yes | 1 |
| Marshall, James | Supervisor | 3.2 - Organizational Chart | 1/5/2021 | Yes | 1 |
| Marshall, James | Supervisor | 5.18 - Awards and Commendations | 2/8/2021 | Yes | 1 |
| Marshall, James | Supervisor | 7.0 - Excited Delirium | 3/16/2021 | Yes | 1 |
| Marshall, James | Supervisor | 6.31 - Suicidal Subject Encounters | 4/1/2021 | Yes | 1 |
| Marshall, James | Supervisor | 6.85 - Protection Orders & No Contact | 8/18/2021 | Yes | 1 |
| Marshall, James | Supervisor | 10.00 - Response to Crowd Demonstrations | 8/18/2021 | Yes | 1 |
| Marshall, James | Supervisor | 6.60 - Youth Court | 8/18/2021 | Yes | 1 |
| Marshall, James | Supervisor | 4.50 - Personal Social Media | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 6.70 - Juvenile Traffic | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 6.80 - Juvenile as Adult | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 6.90 - Domestic Violence | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 7.18 - Crime Scenes | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 5.80 - Citizen's Arrests | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 5.70 - Arrests by Officers | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 5.65 - Handcuffing and Leg Restraint | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 5.85 - Home Arrests & Non-Consensual Entry | 8/20/2021 | Yes | 1 |
| Marshall, James | Supervisor | 6.35 - Vehicle Crash Investigations | 8/23/2021 | Yes | 1 |
| Marshall, James | Supervisor | City Drug Test Policy | 9/2/2021 | Yes | 1 |
| Marshall, James | Supervisor | 7.125 - Submitting Evidence | 9/2/2021 | Yes | 1 |
| Marshall, James | Supervisor | 9.40 - Use of Informants | 10/26/2021 | Yes | 1 |
| Marshall, James | Supervisor | 4.40 - Code of Conduct | 10/26/2021 | Yes | 1 |
| Marshall, James | Supervisor | 5.10 - Leaves of Absence | 11/3/2021 | Yes | 1 |
| Marshall, James | Supervisor | 7.45 - Strip Searches | 11/9/2021 | Yes | 1 |
| Marshall, James | Supervisor | 7.46 - Cavity Searches | 11/9/2021 | Yes | 1 |
| Marshall, James | Supervisor | 4.6 - Administrative Review and Corrective Action | 1/6/2022 | Yes | 1 |
| Marshall, James | Supervisor | 1.50 - Radio Use | 1/26/2022 | Yes | 1 |
| Marshall, James | Supervisor | 1.60 - Incident Reports & RMS | 1/31/2022 | Yes | 1 |
| Marshall, James | Supervisor | 1.65 - Court | 2/1/2022 | Yes | 1 |
| Marshall, James | Supervisor | 6.41 - Vehicle Impound and Inventory | 2/16/2022 | Yes | 1 |
| Marshall, James | Supervisor | 7.10 - Searches without a Warrant | 5/25/2022 | Yes | 1 |
| Marshall, James | Supervisor | 5.60 - Quiz | 5/25/2022 | Yes | 1 |
| Marshall, James | Supervisor | 7.30 - Use of Force Reporting | 6/20/2022 | Yes | 0.5 |
| Marshall, James | Supervisor | Racial Profiling and Drug Interdiction | 7/1/2022 | Yes | 1 |
| Marshall, James | Supervisor | De-escalation and Uses of Force | 7/8/2022 | Yes | 0.5 |
| Marshall, James | Supervisor | Searches without a Warrant - Part I | 7/22/2022 | Yes | 0.5 |

DEF-00091

| Officer | Rank | Course | Start Date | Is Complete | Hours |
|---|---|---|---|---|---|
| Carter, William | Patrol | 1.2 - RECEIPT FOR POLICY & PROCEDURES MANUAL | 12/1/2020 | Yes | 1 |
| Carter, William | Patrol | 1.3 - The Policy & Procedure Manual | 12/2/2020 | Yes | 1 |
| Carter, William | Patrol | 4.1 - Cannons of Police Ethics & 4.2 - Professional Conduct | 12/22/2020 | Yes | 1 |
| Carter, William | Patrol | 6.2 - Interview, Interrogation & Witness Statements | 12/22/2020 | Yes | 1 |
| Carter, William | Patrol | 6.44 - Body Worn Cameras | 12/22/2020 | Yes | 1 |
| Carter, William | Patrol | 7.2 - Use of Force | 12/22/2020 | Yes | 1 |
| Carter, William | Patrol | 7.3 - Use of Force Investigations | 12/22/2020 | Yes | 1 |
| Carter, William | Patrol | 12.5 â€" MISSING AND RUNAWAY CHILDREN | 12/23/2020 | Yes | 1 |
| Carter, William | Patrol | 12.4 - Missing Adults | 12/28/2020 | Yes | 1 |
| Carter, William | Patrol | 5.5 - Uniforms & Equipment | 12/23/2020 | Yes | 1 |
| Carter, William | Patrol | 12.3 - Abused and Neglected Children Investigations | 12/28/2020 | Yes | 1 |
| Carter, William | Patrol | 9.3 - Incident Command | 12/29/2020 | Yes | 1 |
| Carter, William | Patrol | 5.3 - Personal Appearance and Grooming | 12/30/2020 | Yes | 1 |
| Carter, William | Patrol | 5.22 - Step Pay | 12/31/2020 | Yes | 1 |
| Carter, William | Patrol | 3.2 - Organizational Chart | 1/5/2021 | Yes | 1 |
| Carter, William | Patrol | 5.18 - Awards and Commendations | 2/8/2021 | Yes | 1 |
| Carter, William | Patrol | 7.0 - Excited Delirium | 3/16/2021 | Yes | 1 |
| Carter, William | Patrol | 6.31 - Suicidal Subject Encounters | 4/1/2021 | Yes | 1 |
| Carter, William | Patrol | 6.40 - Traffic Enforcement | 6/15/2021 | Yes | 1 |
| Carter, William | Patrol | 5.60 - Booking and Arrest Processing | 6/16/2021 | Yes | 1 |
| Carter, William | Patrol | 7.125 - Submitting Evidence | 6/17/2021 | Yes | 1 |
| Carter, William | Patrol | 8.00 - Pursuit | 6/28/2021 | Yes | 1 |
| Carter, William | Patrol | Writing Better Police Reports | 7/1/2021 | Yes | 1 |
| Carter, William | Patrol | Racial Profiling for Traffic Stops and Field Contacts | 7/1/2021 | Yes | 1 |
| Carter, William | Patrol | 6.85 - Protection Orders & No Contact | 8/18/2021 | Yes | 1 |
| Carter, William | Patrol | 10.00 - Response to Crowd Demonstrations | 8/18/2021 | Yes | 1 |
| Carter, William | Patrol | 6.60 - Youth Court | 8/18/2021 | Yes | 1 |
| Carter, William | Patrol | 4.50 - Personal Social Media | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 6.70 - Juvenile Traffic | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 6.80 - Juvenile as Adult | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 6.90 - Domestic Violence | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 7.18 - Crime Scenes | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 5.80 - Citizen's Arrests | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 5.70 - Arrests by Officers | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 5.65 - Handcuffing and Leg Restraint | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 5.85 - Home Arrests & Non-Consensual Entry | 8/20/2021 | Yes | 1 |
| Carter, William | Patrol | 6.35 - Vehicle Crash Investigations | 8/23/2021 | Yes | 1 |
| Carter, William | Patrol | City Drug Test Policy | 9/2/2021 | Yes | 1 |
| Carter, William | Patrol | 7.125 - Submitting Evidence | 9/2/2021 | Yes | 1 |
| Carter, William | Patrol | 9.40 - Use of Informants | 10/26/2021 | Yes | 1 |
| Carter, William | Patrol | 4.40 - Code of Conduct | 10/26/2021 | Yes | 1 |

DEF-00092



# IN SERVICE TRAINING RECORD

**Date:** February 3, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

1) Testing for promotions and special assignment
2) Code Sierra radio terminology
3) Simple Assault on LEO vs resisting arrest
4) Use of force – We watched body camera footage from the news story on Rochester NY officer who OC sprayed a 9yo child. Child was handcuffed and unarmed and non-destructive. We discussed the Graham Factors and how they differ from an adult who is destructive. We also discussed that this incident lacked the "rapidly evolving" aspect, and that the child's size and gender significantly affected the 2nd Graham prong.

**Topic Leader:** AC Defore

**In attendance:**

Lt. F. Bush

Ofc. William Carter

Ofc. J. Marshall

Sgt. R. DeLeon

Ofc. H. Greene

*By MD S2 02/03/2021*

DEF-00093



# ROLL CALL TRAINING RECORD

Date: 04/24/2022

Length of Training: 1 hr

Topics of Discussion: Radio and Use of Force Policy

Topic Leader: Sgt. J. Marshall

In attendance: Ofc. Stovall, Ofc. Hoskin and Sgt. Marshall

*By Sgt. J. Marshall #1044*

DEF-00094



# ROLL CALL TRAINING RECORD

**Date:** 09 / 28 / 2021

**Length of Training:** .5

**Shift / Division:** Delta

**Topics of Discussion:** Use of force Review Policy: Types of Reportable Force and Officer's Responsibilities.

**Topic Leader:** LT Z Jenkins

**In attendance:**

1. _____

2. Joseph M'Coy #1041

3. James Marshall #1044

4. _____          will Cost 1047 10/8/21

**Signature of Topic Leader:** _____

DEF-00095



# IN SERVICE TRAINING RECORD

**Date:** August 4, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

1) Terry v. Ohio –
   - A frisk is a search that requires justification under the Fourth Amendment (RS); and
   - A stop is a seizure that requires justification under the Fourth Amendment (RS) unless consent for either is granted.

2) Illinois v. Wardlow – Presence alone in a high crime area is not individualized suspicion.
   - Presence + _____ = RS ; or
   - Flight + _____ = RS

3) Walking down the road examples

**Topic Leader:** AC Defore

**In attendance:**

| Mahan | Steven |
|---|---|
| Subia | Cristian |
| Dover | James |
| McCown | Joseph |
| Mathias | Daniel |
| Marshall | James |
| Carter | William |
| Trentham | Jonathan |
| Hoffman | Justin |

*By MD S2 08/04/2021*

DEF-00096



# IN SERVICE TRAINING RECORD

**Date:** March 3, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

1) Suicidal Barricade policy – discussed when a subject is a threat only to themselves. When not to escalate. Strategies to investigate. Supervisor responsibilities.
2) Excited Delirium Policy – Discussed the officer safety dangers, the need for a proactive medical response and positional asphyxia.

**Topic Leader:** AC Defore

**In attendance:**

Lt. F. Bush

Ofc. William Carter

Ofc. J. Marshall

Sgt. R. DeLeon

Officer Justin Hoffman

*By MD S2 03/03/2021*

DEF-00097



# IN SERVICE TRAINING RECORD

**Date:** March 3, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

1) Review of Body Camera Policy – When to activate, when to de-activate and how to document malfunctions. Personal devices. Supervisor responsibilities.
2) Usefulness as an investigative tool, management and liability.

**Topic Leader:** AC Defore

**In attendance:**

Lt. F. Bush

Ofc. William Carter

Ofc. J. Marshall

Officer Justin Hoffman

*By MD S2 03/03/2021*

DEF-00098



# IN SERVICE TRAINING RECORD

**Date:** March 17, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

1) We watched the video of the Nashville PD Officer involved shooting and reviewed the Officer's lack of control of the suspect during the traffic stop, which led to the escalation of the encounter, as well as the Officer's lack of willingness to use justifiable force, which further endangered the Officer's life

**Topic Leader:** AC Defore

**In attendance:**

Sgt. William Carter

Sgt. Rick DeLeon

Ofc. James Marshall

Ofc. Daniel Chandler

Ofc. Jake Abel

Ofc. Justin Hoffman

*By MD S2 03/21/2021*

DEF-00099



# IN SERVICE TRAINING RECORD

**Date:** March 31, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

1) Discussed field investigations and follow-up investigations. The role of patrol in field investigations and the importance of documenting evidence in a "reproducible" format along with substantiating evidence through field investigations.

**Topic Leader:** AC Defore

**In attendance:**

Sgt. William Cater

Officer James Marshall

Officer Don McCarrens

Sgt. Rick DeLeon

Officer Justin Hoffman

Officer Jake Abel

Officer Kaitlyn Studebaker


*By MD S2 03/31/2021*

DEF-00100



# IN SERVICE TRAINING RECORD

**Date:** July 7, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

1) Review and discussion of updated pursuit policy for pursuit initiation on low risk and dangerous driving behavior PRIOR to police contact
2) Construction zone on I-55 = must be treated like a school zone. A heavily weighty factor, nearly definite factor, in pursuit termination
3) Difference between active and passive resistance in UOF policy & Taser use
4) Stop and identify laws (Hiibel)

**Topic Leader:** AC Defore

**In attendance:**

| Conn | Justin |
|----------|---------|
| Dover | James |
| Mahan | Steven |
| Carter | William |
| Marshall | James |
| McCown | Joseph |

*By MD S2 07/07/2021*

DEF-00101



# IN SERVICE TRAINING RECORD

**Date: May 5, 2021**

**Length of Training:** 0.5hrs

**Topics of Discussion:**

Topics of warrantless home entry:

1) Emergency aid
2) Destruction of evidence
3) Hot pursuit
4) Prevent escape of dangerous suspect
5) Protective sweet (limited and extended)

**Topic Leader:** Sgt. W. Carter S-8

**In attendance:**

| |
|---|
| James Marshall |
| Joseph McCown |
| |
| |
| |

*By WC May 5, 2021*

DEF-00102



# IN SERVICE TRAINING RECORD

**Date:** May 12, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

RMS ID files

1) Sparse info
2) Addresses crammed in one blank
3) DLs/SSN are not interchangeable
4) Never put nick names in F/M/L blanks
5) Duplicate ID files / Free typing
6) Use NCIC info only for ID files.

**Topic Leader:** AC Defore

**In attendance:**

| Hoffman | Justin |
|---------|--------|
| Mahan | Steven |
| Conn | Justin |
| Carter | William |
| Marshall | James |
| McCown | Joseph |

*By MD S2 05/12/2021*

DEF-00103



# IN SERVICE TRAINING RECORD

**Date:** May 26, 2021

**Length of Training:** 0.5hrs

**Topics of Discussion:**

> 1) Review and discussion of updated pursuit policy

**Topic Leader:** AC Defore

**In attendance:**

| Carter | William |
|---|---|
| McCown | Joseph |
| Marshall | James |
| Conn | Justin |
| Hoffman | Justin |
| Mahan | Steven |

*By MD S2 05/26/2021*

DEF-00104