**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RODNEY RUCKER**                                                                                  **PLAINTIFF**

**V.**                                                                          **NO: 3:22-CV-113 MPM-JMV**

**CITY OF SENATOBIA, MISSISSIPPI,**                                            **DEFENDANTS**
*et al.*

**JUDGMENT OF DISMISSAL**

Pursuant to the Fifth Circuit's mandate in this case, judgment is hereby entered in favor of

all defendants in this action, and this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of March, 2025.


 /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI